# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LOUIS COLEMAN, | Case No. CV09-3797 AHM (RZx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| OFFICE DEPOT, INC., A DELAWARE CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

## ORDER

GOOD CAUSE APPEARING, the court makes the following orders:

1. This matter is dismissed in its entirety, with prejudice.

2. Pursuant to California Code of Civil Procedure §664.6, the court retains jurisdiction over the parties to enforce the settlement until performance in full of all terms of the settlement.

IT IS SO ORDERED.

Dated: _February 12, 2010

**JS-6**

A. HOWARD MATZ
United States District Court Judge

ORDER OF DISMISSAL

WH:142380.1